Did the Superior Court err in affirming the denial of Petitioner's PCRA petition when it deemed all of Petitioner's issues waived due to counsel's failure to file a Statement of Matters Complained of on Appeal pursuant to Pa.R.Crim.P. 1925(b)?

*ORDER*

PER CURIAM:

**AND NOW,** this 27th day of March, 2001, the appeal is dismissed as having been improvidently granted.

Teresa M. Levin ZEIGLER, Appellant,

v.

**Carol SCOTT and Weichert Realtors and Elizabeth Perrone, a/k/a Betty Perrone, Appellees.**

Supreme Court of Pennsylvania.

March 27, 2001.

The **PHILADELPHIA EAGLES FOOTBALL CLUB, INC.,** Petitioner

v.

**CITY OF PHILADELPHIA, Respondent.**

**City of Philadelphia, Respondent**

v.

**The Philadelphia Eagles Football Club, Inc., Petitioner.**

Supreme Court of Pennsylvania.

April 3, 2001.

Emil L. Iannelli, Southampton, for appellant.

Joseph K. Rejent, Hatboro, for appellee, Carol Scott.

Jonathan F. Ball, Philadelphia, for appellees, Weichert Realtors, Betty Perrone, et al.

*ORDER*

PER CURIAM:

**AND NOW,** this 3rd day of April, 2001, the Petitions for Allowance of Appeal are hereby GRANTED, limited to the following issues:

1) Did the Commonwealth Court err in holding that the networks' right to broadcast live telecasts of NFL games is a transfer by the NFL to the networks of the use of a copy-